1
2
3
4
5           IN THE UNITED STATES DISTRICT COURT FOR THE
6                   EASTERN DISTRICT OF CALIFORNIA
7
8  UNITED STATES OF AMERICA,        )
                                    )
9                 Plaintiff,        )    CR S 98-068-DFL
          v.                        )
10                                  )
   DON EDWARD MILES,                )
11                                  )
                  Defendant.        )
12 _____ )

13                    **ORDER FOR REMISSION OF FINE**

14      This matter is before the court on the petition of the United

15 States for remission of the unpaid portion of the criminal fine owed

16 by the defendant, in accordance with the provisions of 18 U.S.C. §

17 3573.  The court finds it has jurisdiction over the subject matter and

18 the parties, and having reviewed the petition;

19      ORDERS that the unpaid portion of the criminal fine imposed

20 against the defendant Don Edward Miles is hereby remitted.

21 IT IS SO ORDERED:

22
   Dated: 9/15/2010              /s/ John A. Mendez
23                               United States District Judge
24
25
26
27
28 Order For Remission of  Fine              1